**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** § § § | | |
| Plaintiff, § | **C.A. No. 2:20-cv-00079** | |
| § | | |
| v. § | **JURY TRIAL DEMANDED** | |
| § | | |
| **ONE PLUS TECHNOLOGY CO. LTD.,** § § | | |
| Defendant. § | | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters an appearance as counsel for, and on behalf of, Cellular Communications Equipment LLC and hereby requests, pursuant to the Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

>Jerry D. Tice II
>Texas Bar No. 24093263
>Bragalone Conroy PC
>2200 Ross Avenue
>Suite 4500W
>Dallas, TX 75201
>Tel: (214) 785-6670
>Fax: (214) 785-6680
>jtice@bcpc-law.com

Dated: April 27, 2020                                     Respectfully submitted,

*/s/Jerry D. Tice II*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Jonathan H. Rastegar
Texas Bar No. 24064043
Jerry D. Tice II
Texas Bar No. 24093263

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
jrastegar@bcpc-law.com
jtice@bcpc-law.com


**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC**