AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas


RECEIVED @ 2:30 PM
MAY 19 2020

CELLULAR COMMUNICATIONS EQUIPMENT LLC )
)
*Plaintiff* )
v. ) Civil Action No. 2:20-cv-00079-JRG
ONE PLUS TECHNOLOGY CO. LTD., et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ONE PLUS TECHNOLOGY (SHENZHEN) CO. LTD.
18F Tairan Building, Block C, Tairan 3 8th Road, Chegongmiao, Futian District,
Shenzhen, Guangdong 518040, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan H. Rastegar
BRAGALONE CONROY PC
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201

RETURN / AFFIDAVIT PROOF - ATTACHED

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/15/20

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00079-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* One Plus Technology (Shenzhen) Co, Ltd.
was received by me on *(date)* 5/19/20 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

**RETURN / AFFIDAVIT PROOF - ATTACHED**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:20-CV-00079-JRG

Plaintiff:
**CELLULAR COMMUNICATIONS EQUIPMENT LLC**

vs.

Defendant:
**ONE PLUS TECHNOLOGY CO. LTD., et al**

Received these papers on the 19th day of May, 2020 at 2:30 pm to be served on **ONE PLUS TECHNOLOGY (SHENZHEN) CO. LTD. by delivering to THE TEXAS SECRETARY OF STATE, 1019 Brazos St., Austin, Travis County, TX 78701.**

I, Thomas Kroll, being duly sworn, depose and say that on the **20th day of May, 2020 at 9:50 am, I:**

delivered true duplicate copies of this **Summons in a Civil Action together with Plaintiff's First Amended Complaint for Patent Infringement** to the within named defendant, **ONE PLUS TECHNOLOGY (SHENZHEN) CO. LTD.** by delivering to **THE TEXAS SECRETARY OF STATE,** by and through its designated agent, **MICHAEL ORTA,** at the address of: **1019 Brazos St., Austin, Travis County, TX 78701,** having first endorsed upon both copies of such process the date of delivery and tendering the $55 Statutory Fee.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 20th day of May, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Thomas Kroll
PSC - 3012, Exp. 8/31/2021

Our Job Serial Number: THP-2020002606
Ref: 1390304, 1390309, 1390311

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k