IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC | § § § | |
| Plaintiff(s), | § | CIVIL ACTION NO. 2:20-CV-00079 |
| VS. | § § | |
| ONE PLUS TECHNOLOGY CO, LTD, ET AL | § § § | |
| Defendant(s). | § | |

## AFFIDAVIT OF SERVICE

Came to my hand on **Friday, May 15, 2020 at 9:30 AM**,
Executed at: **1810 E. SAHARA AVE, STE 215, LAS VEGAS, NV 89104**
within the county of **CLARK** at 1:23 PM, on Friday, May 15, 2020,
by individually and personally delivering to the within named:

**ONE PLUS TECHNOLOGY (SHENZHEN) CO., LTD**

By delivering to its **Registered Agent, LEGALINC CORPORATE SERVICES**
By delivering to its **Authorized Agent, PAIGE BOHALL**, a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT A**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **ANTHONY SPADA** who after being duly sworn on oath states: "My name is **ANTHONY SPADA**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Nevada. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
ANTHONY SPADA-PROCESS SERVER

Subscribed and Sworn to by ANTHONY SPADA, Before Me, the undersigned authority, on this ___2nd___ day of June, 2020.



BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2023

_____
Notary Public in and for the State of Nevada

2020001136