**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § *Plaintiff*, § § v. § § ONE PLUS TECHNOLOGY CO. LTD, § ONEPLUS TECHNOLOGY (SHENZHEN) § CO. LTD., ONEPLUS MOBILE § COMMUNICATIONS (GUANGDONG) § CO., LTD., § § *Defendants*. § | CIVIL ACTION NO. 2:20-CV-00079-JRG |

## ORDER

Before the Court is Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants One Plus Technology Co. Ltd., Oneplus Technology (Shenzhen) Co. Ltd. and Oneplus Mobile Communications (Guangdong) Co., Ltd.'s (collectively, "Defendants") Joint Agreed Motion to Extend Time to Answer or Otherwise Plead in Response to Plaintiff's Amended Complaint and Waiver of Foreign Service Requirement (the "Motion"). (Dkt. No. 21.) In the same, Defendants agree to waive the foreign service requirement for an extension of time for all three Defendants to answer, move, or otherwise respond to CCE's Amended Complaint (Dkt. No. 7). Accordingly, the Court finds that Defendants have waived service of process. Having considered the Motion in view of the aforementioned waiver, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendants to move, answer, or otherwise respond CCE's Amended Complaint (Dkt. No. 7) is hereby extended up to and including **September 30, 2020**.

**So ORDERED and SIGNED this 12th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE