**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| **Plaintiff,** | § § | **C.A. No. 2:20-cv-00079** |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **ONE PLUS TECHNOLOGY CO. LTD., ET AL.** | § § § | |
| **Defendants.** | § | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants One Plus Technology Co. Ltd., OnePlus Technology (Shenzhen) Co. Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd ("Defendants") have resolved CCE's claims for relief asserted against Defendants in this case.

NOW, THEREFORE, CCE and Defendants, through their respective attorneys of record, request the Court to dismiss all claims asserted by CCE against Defendants with prejudice, and all claims asserted by Defendants against CCE without prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: December 10, 2020                    Respectfully submitted,

| | |
|---|---|
| /s/ *Jeffrey R. Bragalone*<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043 | /s/ *Jeffrey L. Johnson*<br>Jeffrey L. Johnson<br>State Bar No. 24029638<br>**ORRICK, HERRINGTON &SUTCLIFFE LLP**<br>609 Main St., 40th Floor<br>Houston, TX 77002 |

| **BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>jrastegar@bcpc-law.com<br><br>ATTORNEYS FOR PLAINTIFF<br>CELLULAR COMMUNICATIONS<br>EQUIPMENT LLC | Telephone: (713)658-6450<br>Facsimile: (713)658-6401<br>jj@orrick.com<br><br>ATTORNEY FOR DEFENDANTS<br>ONEPLUS TECHNOLOGY CO. LTD.,<br>ET AL |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 10th day of December, 2020.

/s/ *Jeffrey R. Bragalone*
Jeffrey R. Bragalone